IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BRANDON J. MOBLEY, | |
|     Plaintiff, | CIVIL ACTION NO.: 5:22-cv-57 |
| v. | |
| C.O. THRIFT, et al., | |
|     Defendants. | |

**O R D E R**

Jacqueline Jones appeared as a Defendant after receiving a request for waiver of service from the United States Marshals Service. See Docs. 29, 32. However, in Defendants' motion to dismiss and Plaintiff's response to Defendants' motion, the parties indicate Plaintiff intended to bring claims against Jacob Jones, who has not appeared or been served with process. See Doc. 46-1 at 14–15; Doc. 53 at 1. It is not clear whether Plaintiff intended to bring any claims against Jacqueline Jones, Jacob Jones, or someone else with the surname Jones.

I **ORDER** Plaintiff to file a statement **on or before February 27, 2024**, to clarify whether his claims are against Jacob Jones, Jacqueline Jones, or someone else. Plaintiff's statement will assist the United States Marshal in perfecting service on the correct individual(s). Failure to comply with this Order may result in the dismissal of Plaintiff's claims against Defendant Jones for failure to follow this Court's Orders and failure to prosecute.

**SO ORDERED**, this 15th day of February, 2024.

                        BENJAMIN W. CHEESBRO
                        UNITED STATES MAGISTRATE JUDGE
                        SOUTHERN DISTRICT OF GEORGIA