# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

BRANDON J. MOBLEY,

    Plaintiff,

v.

C.O. THRIFT, et al.,

    Defendants.

5:22-cv-57

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, in which the Magistrate Judge recommended the Court dismiss Plaintiff's claims against Defendant Wellpath. Dkt. No. 62. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, after the Magistrate Judge issued his Report, Plaintiff filed a Motion to Amend, in which Plaintiff states affirmatively he does not wish to pursue his claims against Defendant Wellpath. Dkt. No. 66. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court and **DISMISS** Plaintiff's claims against Defendant Wellpath. Plaintiff's claims against Defendants Thrift, Szabo, Hammock,

Jones, Whitaker, Fairchild, and Toole remain pending.

**SO ORDERED**, this _6_ day of March, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA