# In the United States District Court for the Southern District of Georgia
## Waycross Division

BRANDON J. MOBLEY,

    Plaintiff,

v.

C.O. THRIFT, et al.,

    Defendants.

5:22-cv-57

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 67. No party filed Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court and **DISMISS** Plaintiff's claims against Defendants Thrift, Szabo, Hammock, Jones, Whitaker, Fairchild, and Toole in their official capacities. Plaintiff's claims against these Defendants in their individual capacities remain pending.

**SO ORDERED**, this 25 day of March, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA